**Earnings Statement**     **TRACY MACK**

| | |
|---|---|
| Pay Date: 08/30/2019 | Company: 0HB86 - EDUCATIONWORKS INC |
| Period Start: 08/11/2019 | 990 SPRING GARDEN ST STE 6 |
| Period End: 08/24/2019 | PHILADELPHIA PA 19123 (215) 221-6900 |

Emp #: A1BD
Dept: 106 - Recruitment
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 43.27 | 80.00 | 3461.54 | 57807.72 |
| BEREAVEMENT | 43.27 | 0.00 | 0.00 | 1730.77 |
| Paid Time Off | 43.27 | 0.00 | 0.00 | 2769.23 |
| **Gross** | | 80.00 | 3461.54 | 62307.72 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 534.75 | 7745.18 |
| Medicare | | | 49.87 | 839.32 |
| Social Security | | | 213.24 | 3588.82 |
| Pennsylvania State W/H(S/0) | | | 130.59 | 1802.04 |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 119.36 | 2152.68 |
| Pennsylvania UI/HC/WF | | | 2.08 | 37.44 |
| **Deductions** | | | | |
| 401k % | | | 138.46 | 1523.06 |
| DENTAL | | | 0.00 | 350.24 |
| FSA MED | | | 22.22 | 566.61 |
| Premier Plan 2018- 2019 PRPL | | | 0.00 | 3506.70 |
| STIPEND | | | 0.00 | -320.00 |
| **Net Pay** | | | 2250.97 | 40515.63 Voucher No. 204004515DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1950.97 | 35115.63 A/C:6638 |
| Direct Dep. Distribution 1 | | | 300.00 | 5400.00 A/C:2710 |

---

Voucher No. 204004515DD

EDUCATIONWORKS INC
990 SPRING GARDEN ST
PHILADELPHIA, PA 19123

DATE: 08/30/2019

Dept: 106

**Net Pay:**     **2250.97**

Two Thousand Two Hundred Fifty And 97/100 Dollars

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA 19038

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***



TRACY MACK

| | | |
|---|---|---|
| Pay Date: | 08/16/2019 | Company: 0HB86 - EDUCATIONWORKS INC |
| Period Start: | 07/28/2019 | 990 SPRING GARDEN ST STE 6 |
| Period End: | 08/10/2019 | PHILADELPHIA PA 19123   (215) 221-6900 |

Emp #: A1BD
Dept: 106 - Recruitment
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 43.27 | 64.00 | 2769.23 | 54346.18 |
| BEREAVEMENT | 43.27 | 0.00 | 0.00 | 1730.77 |
| Paid Time Off | 43.27 | 16.00 | 692.31 | 2769.23 |
| **Gross** | | 80.00 | 3461.54 | 58846.18 |
| **W/H Taxes** | | | | |
| Federal W/H(S/2) | | | 406.88 | 7210.43 |
| Medicare | | | 46.11 | 789.45 |
| Social Security | | | 197.30 | 3375.58 |
| Pennsylvania State W/H(S/2) | | | 97.66 | 1671.45 |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 119.36 | 2033.32 |
| Pennsylvania UI/HC/WF | | | 2.08 | 35.36 |
| **Deductions** | | | | |
| 401k % | | | 138.46 | 1384.60 |
| DENTAL | | | 21.89 | 350.24 |
| FSA MED | | | 22.22 | 544.39 |
| Premier Plan 2018- 2019 PRPL | | | 236.24 | 3506.70 |
| STIPEND | | | -40.00 | -320.00 |
| **Net Pay** | | | 2213.34 | 38264.66 Voucher No. 201851298DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1913.34 | 33164.66 A/C:6638 |
| Direct Dep. Distribution 1 | | | 300.00 | 5100.00 A/C:2710 |

---

Voucher No. 201851298DD

EDUCATIONWORKS INC
990 SPRING GARDEN ST
PHILADELPHIA, PA 19123

DATE: 08/16/2019

Dept: 106

**Net Pay:**                                   2213.34

Two Thousand Two Hundred Thirteen And 34/100 Dollars

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA  19038

For Record Purposes Only
**NON-NEGOTIABLE**