**Earnings Statement**                                                                                                                   TRACY MACK

| | | | | |
|---|---|---|---|---|
| Pay Date: | 01/03/2020 | Company: 0HB86 - EDUCATIONWORKS INC | | Emp #: A1BD |
| Period Start: | 12/15/2019 | 990 SPRING GARDEN ST STE 6 | | Dept: 106 - Recruitment |
| Period End: | 12/28/2019 | PHILADELPHIA  PA  19123   (215) 221-6900 | | Pay Basis: Salary |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 43.27 | 80.00 | 3461.54 | 3461.54 |
| **Gross** | | 80.00 | 3461.54 | 3461.54 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 475.32 | 475.32 |
| Medicare | | | 46.13 | 46.13 |
| Social Security | | | 197.23 | 197.23 |
| Pennsylvania State W/H(S/0) | | | 122.66 | 122.66 |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 119.36 | 119.36 |
| Pennsylvania UI/HC/WF | | | 2.08 | 2.08 |
| **Deductions** | | | | |
| 401k % | | | 138.46 | 138.46 |
| DENTAL | | | 21.89 | 21.89 |
| FSA MED | | | 22.22 | 22.22 |
| Premier Plan 2018- 2019 PRPL | | | 236.24 | 236.24 |
| **Net Pay** | | | 2079.95 | 2079.95  Voucher No. 225632700DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1779.95 | 1779.95  A/C:6638 |
| Direct Dep. Distribution 1 | | | 300.00 | 300.00  A/C:2710 |

---

Voucher No. 225632700DD

EDUCATIONWORKS INC
990 SPRING GARDEN ST
PHILADELPHIA, PA 19123

DATE: 01/03/2020

Dept: 106

**Net Pay:**                                                                                                                **2079.95**

Two Thousand Seventy Nine And 95/100 Dollars

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA  19038

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

**Earnings Statement**                                                                                                    **TRACY MACK**

Pay Date:       12/20/2019         Company: 0HB86 - EDUCATIONWORKS INC                              Emp #: A1BD
Period Start:   12/01/2019         990 SPRING GARDEN ST STE 6                                   Dept: 106 - Recruitment
Period End:     12/14/2019         PHILADELPHIA  PA  19123   (215) 221-6900                          Pay Basis: Salary

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 43.27 | 80.00 | 3461.54 | 83769.28 |
| BEREAVEMENT | 43.27 | 0.00 | 0.00 | 1730.77 |
| Paid Time Off | 43.27 | 0.00 | 0.00 | 4499.99 |
| **Gross** | | 80.00 | 3461.54 | 90000.04 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 477.96 | 11568.86 |
| Medicare | | | 46.13 | 1208.34 |
| Social Security | | | 197.23 | 5166.69 |
| Pennsylvania State W/H(S/0) | | | 122.66 | 2783.32 |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 119.36 | 3107.56 |
| Pennsylvania UI/HC/WF | | | 2.08 | 54.08 |
| **Deductions** | | | | |
| 401k % | | | 138.46 | 2630.74 |
| DENTAL | | | 21.89 | 525.36 |
| FSA MED | | | 22.22 | 744.37 |
| Premier Plan 2018- 2019 PRPL | | | 236.24 | 5396.62 |
| STIPEND | | | -40.00 | -480.00 |
| **Net Pay** | | | 2117.31 | 57294.10  Voucher No. 223011283DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1817.31 | 49494.10  A/C:6638 |
| Direct Dep. Distribution 1 | | | 300.00 | 7800.00  A/C:2710 |

---

Voucher No. 223011283DD

EDUCATIONWORKS INC
990 SPRING GARDEN ST                            DATE: 12/20/2019
PHILADELPHIA, PA 19123

Dept: 106

**Net Pay:**                                                                                           **2117.31**

Two Thousand One Hundred Seventeen And 31/100 Dollars


TRACY MACK
783 EDGEHILL ROAD                                                  **For Record Purposes Only**
GLENSIDE, PA  19038                                                   **\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | | TRACY MACK |
|---|---|---|---|---|---|
| Pay Date: 12/06/2019 | Company: 0HB86 - EDUCATIONWORKS INC | | | | Emp #: A1BD |
| Period Start: 11/17/2019 | 990 SPRING GARDEN ST STE 6 | | | | Dept: 106 - Recruitment |
| Period End: 11/30/2019 | PHILADELPHIA  PA  19123    (215) 221-6900 | | | | Pay Basis: Salary |

|  | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 43.27 | 72.00 | 3115.39 | 80307.74 | |
| BEREAVEMENT | 43.27 | 0.00 | 0.00 | 1730.77 | |
| Paid Time Off | 43.27 | 8.00 | 346.15 | 4499.99 | |
| **Gross** | | 80.00 | 3461.54 | 86538.50 | |
| **W/H Taxes** | | | | | |
| Federal W/H(S/0) | | | 477.96 | 11090.90 | |
| Medicare | | | 46.13 | 1162.21 | |
| Social Security | | | 197.24 | 4969.46 | |
| Pennsylvania State W/H(S/0) | | | 122.66 | 2660.66 | |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 119.36 | 2988.20 | |
| Pennsylvania UI/HC/WF | | | 2.08 | 52.00 | |
| **Deductions** | | | | | |
| 401k % | | | 138.46 | 2492.28 | |
| DENTAL | | | 21.89 | 503.47 | |
| FSA MED | | | 22.22 | 722.15 | |
| Premier Plan 2018- 2019 PRPL | | | 236.24 | 5160.38 | |
| STIPEND | | | 0.00 | -440.00 | |
| **Net Pay** | | | 2077.30 | 55176.79 | Voucher No. 220287382DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 1777.30 | 47676.79 | A/C:6638 |
| Direct Dep. Distribution 1 | | | 300.00 | 7500.00 | A/C:2710 |

---

Voucher No. 220287382DD

EDUCATIONWORKS INC
990 SPRING GARDEN ST
PHILADELPHIA, PA 19123

DATE: 12/06/2019

Dept: 106

**Net Pay:**                                                                                      **2077.30**

Two Thousand Seventy Seven And 30/100 Dollars

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA  19038

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | | TRACY MACK |
|---|---|---|---|---|---|
| Pay Date: | 11/22/2019 | Company: 0HB86 - EDUCATIONWORKS INC | | | Emp #: A1BD |
| Period Start: | 11/03/2019 | 990 SPRING GARDEN ST STE 6 | | | Dept: 106 - Recruitment |
| Period End: | 11/16/2019 | PHILADELPHIA  PA  19123   (215) 221-6900 | | | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 43.27 | 80.00 | 3461.54 | 77192.35 | |
| BEREAVEMENT | 43.27 | 0.00 | 0.00 | 1730.77 | |
| Paid Time Off | 43.27 | 0.00 | 0.00 | 4153.84 | |
| **Gross** | | 80.00 | 3461.54 | 83076.96 | |
| **W/H Taxes** | | | | | |
| Federal W/H(S/0) | | | 477.96 | 10612.94 | |
| Medicare | | | 46.12 | 1116.08 | |
| Social Security | | | 197.23 | 4772.22 | |
| Pennsylvania State W/H(S/0) | | | 122.66 | 2538.00 | |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 119.36 | 2868.84 | |
| Pennsylvania UI/HC/WF | | | 2.08 | 49.92 | |
| **Deductions** | | | | | |
| 401k % | | | 138.46 | 2353.82 | |
| DENTAL | | | 21.89 | 481.58 | |
| FSA MED | | | 22.22 | 699.93 | |
| Premier Plan 2018- 2019 PRPL | | | 236.24 | 4924.14 | |
| STIPEND | | | -40.00 | -440.00 | |
| **Net Pay** | | | 2117.32 | 53099.49 | Voucher No. 217915728DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 1817.32 | 45899.49 | A/C:6638 |
| Direct Dep. Distribution 1 | | | 300.00 | 7200.00 | A/C:2710 |

---

Voucher No. 217915728DD

EDUCATIONWORKS INC
990 SPRING GARDEN ST
PHILADELPHIA, PA 19123

DATE: 11/22/2019

Dept: 106

**Net Pay:**                                                                                                        **2117.32**

Two Thousand One Hundred Seventeen And 32/100 Dollars

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA  19038

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | | TRACY MACK |
|---|---|---|---|---|---|
| Pay Date: | 11/08/2019 | Company: 0HB86 - EDUCATIONWORKS INC | | | Emp #: A1BD |
| Period Start: | 10/20/2019 | 990 SPRING GARDEN ST STE 6 | | | Dept: 106 - Recruitment |
| Period End: | 11/02/2019 | PHILADELPHIA  PA  19123   (215) 221-6900 | | | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 43.27 | 56.00 | 2423.08 | 73730.81 |
| BEREAVEMENT | 43.27 | 0.00 | 0.00 | 1730.77 |
| Paid Time Off | 43.27 | 24.00 | 1038.46 | 4153.84 |
| **Gross** | | 80.00 | 3461.54 | 79615.42 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 477.96 | 10134.98 |
| Medicare | | | 46.13 | 1069.96 |
| Social Security | | | 197.24 | 4574.99 |
| Pennsylvania State W/H(S/0) | | | 122.66 | 2415.34 |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 119.36 | 2749.48 |
| Pennsylvania UI/HC/WF | | | 2.08 | 47.84 |
| **Deductions** | | | | |
| 401k % | | | 138.46 | 2215.36 |
| DENTAL | | | 21.89 | 459.69 |
| FSA MED | | | 22.22 | 677.71 |
| Premier Plan 2018- 2019 PRPL | | | 236.24 | 4687.90 |
| STIPEND | | | 0.00 | -400.00 |
| **Net Pay** | | | 2077.30 | 50982.17   Voucher No. 215585801DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1777.30 | 44082.17   A/C:6638 |
| Direct Dep. Distribution 1 | | | 300.00 | 6900.00   A/C:2710 |

---

Voucher No. 215585801DD

EDUCATIONWORKS INC
990 SPRING GARDEN ST                    DATE: 11/08/2019
PHILADELPHIA, PA 19123

Dept: 106

**Net Pay:**                                                                                          **2077.30**

Two Thousand Seventy Seven And 30/100 Dollars

TRACY MACK
783 EDGEHILL ROAD                                      **For Record Purposes Only**
GLENSIDE, PA  19038                                    **\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | | TRACY MACK |
|---|---|---|---|---|---|
| Pay Date: 10/25/2019 | Company: 0HB86 - EDUCATIONWORKS INC | | | | Emp #: A1BD |
| Period Start: 10/06/2019 | 990 SPRING GARDEN ST STE 6 | | | | Dept: 106 - Recruitment |
| Period End: 10/19/2019 | PHILADELPHIA  PA  19123   (215) 221-6900 | | | | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 43.27 | 80.00 | 3461.54 | 71307.73 |
| BEREAVEMENT | 43.27 | 0.00 | 0.00 | 1730.77 |
| Paid Time Off | 43.27 | 0.00 | 0.00 | 3115.38 |
| **Gross** | | 80.00 | 3461.54 | 76153.88 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 477.96 | 9657.02 |
| Medicare | | | 46.13 | 1023.83 |
| Social Security | | | 197.23 | 4377.75 |
| Pennsylvania State W/H(S/0) | | | 122.66 | 2292.68 |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 119.36 | 2630.12 |
| Pennsylvania UI/HC/WF | | | 2.08 | 45.76 |
| **Deductions** | | | | |
| 401k % | | | 138.46 | 2076.90 |
| DENTAL | | | 21.89 | 437.80 |
| FSA MED | | | 22.22 | 655.49 |
| Premier Plan 2018- 2019 PRPL | | | 236.24 | 4451.66 |
| STIPEND | | | -40.00 | -400.00 |
| **Net Pay** | | | 2117.31 | 48904.87  Voucher No. 213223111DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1817.31 | 42304.87  A/C:6638 |
| Direct Dep. Distribution 1 | | | 300.00 | 6600.00  A/C:2710 |

---

Voucher No. 213223111DD

EDUCATIONWORKS INC
990 SPRING GARDEN ST
PHILADELPHIA, PA 19123

DATE: 10/25/2019

Dept: 106

**Net Pay:**                                                                                                  **2117.31**

Two Thousand One Hundred Seventeen And 31/100 Dollars

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA  19038

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | | TRACY MACK |
|---|---|---|---|---|---|
| Pay Date: | 10/11/2019 | Company: 0HB86 - EDUCATIONWORKS INC | | | Emp #: A1BD |
| Period Start: | 09/22/2019 | 990 SPRING GARDEN ST STE 6 | | | Dept: 106 - Recruitment |
| Period End: | 10/05/2019 | PHILADELPHIA  PA  19123    (215) 221-6900 | | | Pay Basis: Salary |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 43.27 | 72.00 | 3115.39 | 67846.19 |
| BEREAVEMENT | 43.27 | 0.00 | 0.00 | 1730.77 |
| Paid Time Off | 43.27 | 8.00 | 346.15 | 3115.38 |
| **Gross** | | 80.00 | 3461.54 | 72692.34 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 477.96 | 9179.06 |
| Medicare | | | 46.13 | 977.70 |
| Social Security | | | 197.23 | 4180.52 |
| Pennsylvania State W/H(S/0) | | | 122.66 | 2170.02 |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 119.36 | 2510.76 |
| Pennsylvania UI/HC/WF | | | 2.08 | 43.68 |
| **Deductions** | | | | |
| 401k % | | | 138.46 | 1938.44 |
| DENTAL | | | 21.89 | 415.91 |
| FSA MED | | | 22.22 | 633.27 |
| Premier Plan 2018- 2019 PRPL | | | 236.24 | 4215.42 |
| STIPEND | | | 0.00 | -360.00 |
| **Net Pay** | | | 2077.31 | 46787.56   Voucher No. 210866277DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1777.31 | 40487.56   A/C:6638 |
| Direct Dep. Distribution 1 | | | 300.00 | 6300.00   A/C:2710 |

---

Voucher No. 210866277DD

EDUCATIONWORKS INC
990 SPRING GARDEN ST
PHILADELPHIA, PA 19123

DATE: 10/11/2019

Dept: 106

**Net Pay:**                                                                                                          **2077.31**

Two Thousand Seventy Seven And 31/100 Dollars

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA  19038

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | | TRACY MACK |
|---|---|---|---|---|---|
| Pay Date: | 09/27/2019 | Company: 0HB86 - EDUCATIONWORKS INC | | | Emp #: A1BD |
| Period Start: | 09/08/2019 | 990 SPRING GARDEN ST STE 6 | | | Dept: 106 - Recruitment |
| Period End: | 09/21/2019 | PHILADELPHIA  PA  19123    (215) 221-6900 | | | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 43.27 | 80.00 | 3461.54 | 64730.80 |
| BEREAVEMENT | 43.27 | 0.00 | 0.00 | 1730.77 |
| Paid Time Off | 43.27 | 0.00 | 0.00 | 2769.23 |
| **Gross** | | 80.00 | 3461.54 | 69230.80 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 477.96 | 8701.10 |
| Medicare | | | 46.12 | 931.57 |
| Social Security | | | 197.24 | 3983.29 |
| Pennsylvania State W/H(S/0) | | | 122.66 | 2047.36 |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 119.36 | 2391.40 |
| Pennsylvania UI/HC/WF | | | 2.08 | 41.60 |
| **Deductions** | | | | |
| 401k % | | | 138.46 | 1799.98 |
| DENTAL | | | 21.89 | 394.02 |
| FSA MED | | | 22.22 | 611.05 |
| Premier Plan 2018- 2019 PRPL | | | 236.24 | 3979.18 |
| STIPEND | | | -40.00 | -360.00 |
| **Net Pay** | | | 2117.31 | 44710.25  Voucher No. 208561442DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1817.31 | 38710.25  A/C:6638 |
| Direct Dep. Distribution 1 | | | 300.00 | 6000.00  A/C:2710 |

---

Voucher No. 208561442DD

EDUCATIONWORKS INC
990 SPRING GARDEN ST
PHILADELPHIA, PA 19123

DATE: 09/27/2019

Dept: 106

**Net Pay:**                                                                                                **2117.31**

Two Thousand One Hundred Seventeen And 31/100 Dollars

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA  19038

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | | TRACY MACK |
|---|---|---|---|---|---|
| Pay Date: 09/13/2019 | Company: 0HB86 - EDUCATIONWORKS INC | | | | Emp #: A1BD |
| Period Start: 08/25/2019 | 990 SPRING GARDEN ST STE 6 | | | | Dept: 106 - Recruitment |
| Period End: 09/07/2019 | PHILADELPHIA  PA  19123   (215) 221-6900 | | | | Pay Basis: Salary |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 43.27 | 80.00 | 3461.54 | 61269.26 |
| BEREAVEMENT | 43.27 | 0.00 | 0.00 | 1730.77 |
| Paid Time Off | 43.27 | 0.00 | 0.00 | 2769.23 |
| **Gross** | | 80.00 | 3461.54 | 65769.26 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 477.96 | 8223.14 |
| Medicare | | | 46.13 | 885.45 |
| Social Security | | | 197.23 | 3786.05 |
| Pennsylvania State W/H(S/0) | | | 122.66 | 1924.70 |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 119.36 | 2272.04 |
| Pennsylvania UI/HC/WF | | | 2.08 | 39.52 |
| **Deductions** | | | | |
| 401k % | | | 138.46 | 1661.52 |
| DENTAL | | | 21.89 | 372.13 |
| FSA MED | | | 22.22 | 588.83 |
| Premier Plan 2018- 2019 PRPL | | | 236.24 | 3742.94 |
| STIPEND | | | 0.00 | -320.00 |
| **Net Pay** | | | 2077.31 | 42592.94  Voucher No. 206236547DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1777.31 | 36892.94 A/C:6638 |
| Direct Dep. Distribution 1 | | | 300.00 | 5700.00 A/C:2710 |

---

Voucher No. 206236547DD

EDUCATIONWORKS INC
990 SPRING GARDEN ST
PHILADELPHIA, PA 19123

DATE: 09/13/2019

Dept: 106

**Net Pay:**                                                                                            **2077.31**

Two Thousand Seventy Seven And 31/100 Dollars

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA  19038

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***