*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tracy Mack
    Debtor(s)

Case No: 19–17096–jkf

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the first & second installment payment for a total amount of $160.00

will be held before the Honorable Jean K. FitzSimon ,United States Bankruptcy Court

on: 2/12/20

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: January 31, 2020

27
Form 175