UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Tracy Mack | Bankruptcy No.19-17096-JKF |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of April, 2020, by first class mail upon those listed below:

Tracy Mack
783 EdgeHill Road
Glenside, PA  19038

**Electronically via CM/ECF System Only:**

SHARON S MASTERS ESQ
THE LAW OFFICE OF SHARON S MASTERS
2201 PENNSYLVANIA AVENUE #517
PHILADELPHIA, PA  19130

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee