IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Tracy Mack                                                                : CHAPTER 13

    Debtor                                                                    : NO. 19-17096

**ORDER**

AND NOW, this ___ day of _____, 2020, upon consideration of the Application for Compensation, it is hereby ORDERED and DECREED that the Application is GRANTED. Debtor's counsel's fee of $1,200.00 is approved. It is further ORDERED that the fee balance of $600.00 shall be disbursed on behalf of Debtor by the Chapter 13 Standing Trustee through the Chapter 13 Plan.

**Date: July 16, 2020**                                             _____

                                                                                                          J.