United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-17096-amc
Tracy Mack                                                                      Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jul 16, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db              +Tracy Mack,      783 EdgeHill Road,     Glenside, PA 19038-3819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
          REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SHARON S. MASTERS    on behalf of Debtor Tracy  Mack shmasters@hotmail.com,
           G65312@notify.cincompass.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Tracy Mack                                          : CHAPTER 13

    Debtor                                          : NO. 19-17096

**ORDER**

    AND NOW, this __ day of _____, 2020, upon consideration of the Application for Compensation, it is hereby ORDERED and DECREED that the Application is GRANTED. Debtor's counsel's fee of $1,200.00 is approved. It is further ORDERED that the fee balance of $600.00 shall be disbursed on behalf of Debtor by the Chapter 13 Standing Trustee through the Chapter 13 Plan.

**Date: July 16, 2020**                    _____

                                                                              J.