Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 19-17096-AMC**

Tracy Mack  
783 EdgeHill Road  
Glenside  PA    19038

Petition Filed Date: 11/11/2019  
341 Hearing Date: 01/17/2020  
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2020 | $258.00 | | 05/06/2020 | $208.00 | | 06/05/2020 | $208.00 | |
| 07/06/2020 | $208.00 | | 08/05/2020 | $208.00 | | | | |

**Total Receipts for the Period: $1,090.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,090.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tracy Mack | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $2,704.21 | $0.00 | $2,704.21 |
| 3 | SANTANDER CONSUMER USA »» 003 | Secured Creditors | $712.03 | $0.00 | $712.03 |
| 4 | PHILADELPHIA FEDERAL CREDIT U »» 004 | Unsecured Creditors | $4,920.03 | $0.00 | $4,920.03 |
| 5 | AMERICAN EXPRESS NATIONAL BANK »» 005 | Unsecured Creditors | $1,652.60 | $0.00 | $1,652.60 |
| 6 | QUANTUM3 GROUP LLC as agent for »» 006 | Unsecured Creditors | $278.90 | $0.00 | $278.90 |
| 7 | DEPARTMENT STORE NATIONAL BANK »» 007 | Unsecured Creditors | $903.65 | $0.00 | $903.65 |
| 8 | PA HOUSING FINANCE AGENCY »» 008 | Mortgage Arrears | $4,038.05 | $0.00 | $4,038.05 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $600.00 | $0.00 | $600.00 |

**Chapter 13 Case No. 19-17096-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,090.00 | Current Monthly Payment: | $208.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $109.00 | Total Plan Base: | $17,582.00 |
| Funds on Hand: | $981.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.