IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TRACY MACK </br> **Debtor(s)** | ) </br> ) </br> ) CHAPTER 13 |
| SANTANDER CONSUMER USA INC., </br> AN ASSIGNEE OF FIFTH THIRD BANK </br> **Moving Party** | ) </br> ) </br> ) Case No.: 19-17096 (AMC) </br> ) |
| v. | ) **Hearing Date: 5-12-21 at 11:00 AM** </br> ) |
| TRACY MACK </br> **Respondent(s)** | ) 11 U.S.C. 362 </br> ) </br> ) |
| SCOTT F. WATERMAN </br> **Trustee** | ) </br> ) </br> ) |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc., an assignee of Fifth Third Bank and the Debtor, in settlement of the Motion For Stay Relief, and filed on or about June 10, 2021 in the above matter is APPROVED.

Dated:

BY THE COURT:

*[signature]*

_____
UNITED STATES BANKRUPTCY JUDGE

**Date: June 11, 2021**