| | |
|---|---|
| Office Mailing Address:<br>Scott F. Waterman, Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA  19606 | Send Payments **ONLY** to:<br>Scott F. Waterman, Trustee<br>P.O. Box 680<br>Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-17096-AMC

| | |
|---|---|
| Tracy Mack<br>783 EdgeHill Road<br>Glenside  PA   19038 | Petition Filed Date: 11/11/2019<br>341 Hearing Date: 01/17/2020<br>Confirmation Date: 07/15/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2020 | $258.00 | | 05/06/2020 | $208.00 | | 06/05/2020 | $208.00 | |
| 07/06/2020 | $208.00 | | 08/05/2020 | $208.00 | | 09/08/2020 | $208.00 | |
| 10/06/2020 | $208.00 | | 11/05/2020 | $208.00 | | 12/07/2020 | $208.00 | |
| 01/06/2021 | $208.00 | | 02/05/2021 | $208.00 | | 03/08/2021 | $208.00 | |
| 04/05/2021 | $208.00 | | 05/06/2021 | $208.00 | | 06/08/2021 | $358.00 | |

**Total Receipts for the Period:  $3,320.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,320.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Tracy Mack | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $2,704.21 | $0.00 | $2,704.21 |
| 3 | SANTANDER CONSUMER USA<br>»» 003 | Secured Creditors | $712.03 | $316.23 | $395.80 |
| 4 | PHILADELPHIA FEDERAL CREDIT U<br>»» 004 | Unsecured Creditors | $4,920.03 | $0.00 | $4,920.03 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $1,652.60 | $0.00 | $1,652.60 |
| 6 | QUANTUM3 GROUP LLC as agent for<br>»» 006 | Unsecured Creditors | $278.90 | $0.00 | $278.90 |
| 7 | DEPARTMENT STORE NATIONAL BANK<br>»» 007 | Unsecured Creditors | $903.65 | $0.00 | $903.65 |
| 8 | PA HOUSING FINANCE AGENCY<br>»» 008 | Mortgage Arrears | $4,038.05 | $1,793.25 | $2,244.80 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $600.00 | $600.00 | $0.00 |

**Chapter 13 Case No. 19-17096-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,320.00 | Current Monthly Payment: | $358.00 |
| Paid to Claims: | $2,709.48 | Arrearages: | ($58.00) |
| Paid to Trustee: | $288.32 | Total Plan Base: | $17,582.00 |
| Funds on Hand: | $322.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.