IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Tracy Mack                    : Chapter 13

    Debtor                    : No. 19-17096amc

### CERTIFICATION OF NO RESPONSE

    I, Sharon S. Masters, Attorney for Debtor, hereby certify that I served the Notice and Motion to Modify Plan Post-Confirmation on all appropriate parties and that fourteen (14) days have passed with no response or objection thereto. Moreover, the Chapter 13 Standing Trustee has no objection.  Debtor respectfully requests the Court enter the proposed Order granting the Motion without a hearing.

**THE LAW OFFICE OF SHARON S. MASTERS**

**By: /s/ Sharon S. Masters, Esq.**

**Sharon S. Masters, Esq.**

**Attorney for Debtor**

Date:` 6/21/2021