**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Tracy Mack                                                    ) **Chapter 13**

                                                                             ) **Bankruptcy No. 19-17096amc**

            **Debtor(s) )**

**ORDER**

        AND NOW, this ___ day of _____, 2021, after consideration of Debtor's Motion to Abate and Modify Plan Post-Confirmation, the response(s) thereto and hearing thereon, it is hereby ORDERED that the Motion is hereby GRANTED.

        The Third Amended Plan shall be filed within (5) days of entry of this Order and shall take effect immediately thereafter.

        Dated: June 23, 2021                                    _____
                                                                                                                                        J.