IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TRACY MACK )<br>**Debtor(s)** )<br> ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC., )<br>AN ASSIGNEE OF FIFTH THIRD BANK )<br>**Moving Party** ) | Case No.: 19-17096 (AMC) |
| )<br>v. )<br> ) | 11 U.S.C. 362 |
| TRACY MACK )<br>**Respondent(s)** )<br> ) | |
| SCOTT F. WATERMAN )<br>**Trustee** )<br> ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Santander Consumer USA Inc., an assignee of Fifth Third Bank, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2011 Acura TL** bearing vehicle identification number 19UUA8F54BA002476 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:

**Date: May 17, 2022**

_____
UNITED STATES BANKRUPTCY JUDGE