United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-17096-amc
Tracy Mack  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracy Mack, 783 EdgeHill Road, Glenside, PA 19038-3819 |
| 14420099 | + | AES/PHEAA 2012-1 FRN, POB 61047, Harrisburg, PA 17106-1047 |
| 14420110 | + | Pamela Thurmond, City of Philadelphia Law Dept., 1401 JFK Blvd. 5th Fl, Philadelphia, PA 19102-1640 |
| 14450243 | + | Pennsylvania Housing Finance Agency, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14420106 | + | Philadelphia FCU, 12800 Townsend Rd., Philadelphia, PA 19154-1095 |
| 14590886 | + | Santander Consumer USA Inc., an assignee, of Fifth Third Bank, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14420104 | | TD Bank/Target, NCD-0450 POB 1470, Minneapolis, MN 55440 |
| 14422460 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14420107 | + | US Dept of Education, 2401 International, POB 7859, Madison, WI 53707-7859 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 27 2022 00:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | May 27 2022 00:06:00 | Santander Consumer USA Inc., an assignee of Fifth, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14420100 | + | Email/PDF: bncnotices@becket-lee.com | May 27 2022 00:14:59 | American Express, POB 981537, El Paso, TX 79998-1537 |
| 14447816 | | Email/PDF: bncnotices@becket-lee.com | May 27 2022 00:15:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14420101 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2022 00:15:03 | Capital One Bank, POB 30281, Salt Lake City, UT 84130-0281 |
| 14426575 | + | Email/PDF: ebn_ais@aisinfo.com | May 27 2022 00:15:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14420102 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2022 00:06:00 | Commenity Bank/Torrid, POB 182789, Columbus, OH 43218-2789 |
| 14420103 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 00:14:59 | Macys, POB 8218, Mason, OH 45050 |
| 14451554 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2022 00:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14420108 | + | Email/Text: blegal@phfa.org | May 27 2022 00:06:00 | PHFA, 2101 N. Front St., Harrisburg, PA 17110-1086 |
| 14455321 | + | Email/Text: blegal@phfa.org | May 27 2022 00:06:00 | Pennsylvania Housing Finance Agency, 211 North |

Case 19-17096-amc    Doc 94    Filed 05/28/22    Entered 05/29/22 00:28:42    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Method | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | Front Street, Harrisburg, PA 17101-1406 |
| 14420105 | + | Email/Text: caineweiner@ebn.phinsolutions.com | May 27 2022 00:06:00 | Progressive Insurance, c/o Caine & Weiner, POB 55848, Sherman Oaks, CA 91413-0848 |
| 14449949 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2022 00:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14433098 | + | Email/Text: enotifications@santanderconsumerusa.com | May 27 2022 00:06:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14433135 | + | Email/Text: enotifications@santanderconsumerusa.com | May 27 2022 00:06:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14420109 | + | Email/Text: enotifications@santanderconsumerusa.com | May 27 2022 00:06:00 | Santander Consumer, POB 961211, Ft. Worth, TX 76161-0211 |
| 14590685 | + | Email/Text: enotifications@santanderconsumerusa.com | May 27 2022 00:06:00 | Santander Consumer USA Inc.,, an assignee of Fifth Third Bank, P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14433136 | *+ | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2022           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SHARON S. MASTERS | on behalf of Debtor Tracy Mack shmasters@hotmail.com G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. an assignee of Fifth Third Bank ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

District/off: 0313-2                       User: admin                                         Page 3 of 3
Date Rcvd: May 26, 2022                    Form ID: pdf900                                Total Noticed: 27
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Tracy Mack

Chapter 13

Bankruptcy No. 19-17096-AMC

    Debtor

**ORDER DISMISSING CHAPTER 13 CASE**

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 26, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE